IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANDICE L. GULLEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 2:21-cv-524-ECM |
| ) | |
| HANSEN & ADKINS AUTO ) | |
| TRANSPORT, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| BRANDY LEE DUNNAVANT, as ) | |
| mother, sole legal custodian, next ) | |
| friend and representative of J.A.D. and ) | |
| N.P.D., minor children who are now ) | |
| deceased, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 2:21-cv-530-ECM |
| ) | |
| HANSEN & ADKINS AUTO ) | |
| TRANSPORT, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| KIMBERLY HARRIS, as Personal ) | |
| Representative and Mother to M.B., ) | |
| a deceased minor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 2:21-cv-602-ECM |
| ) | |
| ASMAT INVESTMENT, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| HAYLE MORGAN, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL CASE NO. 2:21-cv-652-ECM |
| | ) |
| HANSEN & ADKINS AUTO | ) |
| TRANSPORT, INC., *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**O R D E R**

On November 17, 2021, the parties filed joint motions to consolidate the above-referenced cases for discovery purposes. (Doc. 49 in *Gulley et al. v. Hansen & Adkins Auto Transport, Inc., et al.*, 2:21-cv-524-ECM; doc. 51 in *Dunnavant v. Hansen & Adkins Auto Transport, Inc., et al.*, 2:21-cv-530-ECM; doc. 12 in *Harris v. Asmat Investment, LLC et al.*, 2:21-cv-602-ECM; & doc. 20 in *Morgan et al. v. Hansen & Adkins Auto Transport, Inc., et al.*, 2:21-cv-652-ECM). Additionally, the parties request that the *Gulley*, *Dunnavant*, and *Harris* cases be consolidated for trial. However, the parties disagree as to whether the *Morgan* case should also be consolidated with the other three cases for trial. Accordingly, because the cases "involve a common question of law or fact," Fed. R. Civ. P. 42(a), the parties welcome consolidation to the extent discussed above, and for good cause, it is hereby

ORDERED as follows:

1. The joint motions to consolidate (docs. 49, 51, 12, & 20) are GRANTED to the extent that the motions request that all four of the above-referenced cases be consolidated for discovery and the *Gulley*, *Dunnavant*, and *Harris* cases be

consolidated for trial;

2. The joint motions to consolidate are DENIED without prejudice to the extent that the motions request that the *Morgan* case be consolidated with the *Gulley*, *Dunnavant*, and *Harris* cases for trial;

3. The earlier filed motions to consolidate (doc. 40 in *Gulley*, 2:21-cv-524-ECM; doc. 43 in *Dunnavant*, 2:21-cv-530-ECM; & doc. 11 in *Harris*, 2:21-cv-602-ECM) are DENIED as moot;

4. Until the Court directs otherwise, the parties shall file documents in the lead case, *Gulley et al. v. Hansen & Adkins Auto Transport, Inc., et al.*, 2:21-cv-524-ECM.  This Court will not consider documents filed in the member cases *Dunnavant v. Hansen & Adkins Auto Transport, Inc., et al.*, 2:21-cv-530-ECM; *Harris v. Asmat Investment, LLC et al.*, 2:21-cv-602-ECM; and *Morgan et al. v. Hansen & Adkins Auto Transport, Inc., et al.*, 2:21-cv-652-ECM.  The Clerk is DIRECTED to return to the parties any documents submitted for filing in any of the member cases.  Every document filed in this consolidated matter must include the case numbers of the lead case, *Gulley et al. v. Hansen & Adkins Auto Transport, Inc., et al.*, 2:21-cv-524-ECM, and the case numbers of the member cases identified in this paragraph.

DONE this 3rd day of December, 2021.

                                              /s/ Emily C. Marks  
                                      EMILY C. MARKS  
                                      CHIEF UNITED STATES DISTRICT JUDGE