IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANDICE L. GULLEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 2:21-cv-524-ECM |
| ) | |
| HANSEN & ADKINS AUTO ) | |
| TRANSPORT, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| BRANDY LEE DUNNAVANT, as ) | |
| mother, sole legal custodian, next ) | |
| friend and representative of J.A.D. and ) | |
| N.P.D., minor children who are now ) | |
| deceased, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 2:21-cv-530-ECM |
| ) | |
| HANSEN & ADKINS AUTO ) | |
| TRANSPORT, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| KIMBERLY HARRIS, as Personal ) | |
| Representative and Mother to M.B., ) | |
| a deceased minor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 2:21-cv-602-ECM |
| ) | |
| ASMAT INVESTMENT, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| HAYLE MORGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | CIVIL CASE NO. 2:21-cv-652-ECM |
| ) | |
| HANSEN & ADKINS AUTO ) | |
| TRANSPORT, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

# O R D E R

Now pending before the Court are motions to dismiss without prejudice filed by the *Gulley* Plaintiffs, (doc. 112), Plaintiff Brandy Lee Dunnavant, (doc. 113), and the *Morgan* Plaintiffs, (doc. 114). Upon consideration of the motions, and for good cause, it is hereby

ORDERED as follows:

1. The motions to dismiss (docs. 112, 113, and & 114) are GRANTED;

2. The pending motions associated with the *Gulley*, *Dunnavant*, and *Morgan* cases (docs. 82, 86, 87, 95, 96, 97, 98, 99, 100, 109, 110 & 111) are DENIED as moot, and all pending deadlines associated with these cases are TERMINATED.

DONE this 8th day of April, 2022.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE